IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 00283 JSW |
| ) Plaintiff, ) | |
| ) | ~~[PROPOSED]~~ TRAVEL ORDER |
| v. ) | |
| ) | |
| ARNEL SALAVER, ) ET AL. ) | |
| Defendants. ) | |

   GOOD CAUSE APPEARING, Arnel Salaver is hereby authorized to travel outside of the Northern District to Moreno Valley, California leaving May 12 and returning May 15.  Mr. Salaver shall contact his Pretrial services officer upon his return home.

Date: May 8, 2006

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
U.S. District Court Judge

by the Honorable Martin J. Jenkins

APPLICATION FOR TRAVEL ORDER                                                3